DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 105P16 | In the Matter of C.R.B., D.G.B., and C.M.B. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA15-644) | Denied |
|---|---|---|---|
| 106P16 | Kimarlo Antonio Ragland v. N.C. Department of Public Instruction | Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-141) | Denied |
| 107P16 | State v. Soyer Lewis Moll | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Onslow County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Dismissed as moot<br><br>**Ervin, J., recused** |
| 108P16 | State v. Jonathan Udell Teeter | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-570) | Denied |
| 110P16 | North Carolina State Board of Education v. The State of North Carolina and The North Carolina Rules Review Commission | 1. Def's (N.C. Rules Review Comm.) Notice of Appeal Based Upon a Constitutional Question (COA15-1229)<br><br>2. Def's (N.C. Rules Review Comm.) PDR Under N.C.G.S. § 7A-31<br><br>3. Def's (N.C. Rules Review Comm.) Petition for *Writ of Certiorari* to Review Order of COA<br><br>4. Def's (State of N.C.) PDR Under N.C.G.S. § 7A-31<br><br>5. Def's (State of N.C.) Petition for *Writ of Certiorari* to Review Order of COA | 1. Special Order<br><br><br>2. Special Order<br><br>3. Special Order<br><br><br>4. Special Order<br><br>5. Special Order |
| 111P16 | Paul L. Erickson v. Clayton Siegel, DC, Individually and on Behalf of the Other Named Defendants Identified in Exhibit A to the Plaintiff's Complaint | Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA15-984) | Denied |
| 112P16 | Foremost Insurance Company of Grand Rapids, Michigan v. Charles Raines, Martha Rains, and Sherri Griggs | Defs' (Charles Raines and Martha Raines) PDR Under N.C.G.S. § 7A-31 (COA15-978) | Denied |